**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**


SEDRICK D. RUSSELL                                                                   PLAINTIFF

vs.                                                                CIVIL ACTION NO. 3:05-cv-137 WS

BOBBY DELAUGHTER                                                                DEFENDANT


**FINAL JUDGMENT**


This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the motion to dismiss filed by defendant be granted and that the complaint be dismissed with prejudice. The above-styled and numbered cause is dismissed with prejudice.


**SO ORDERED, THIS THE 30th DAY OF JUNE, 2006.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**